# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LIWAYWAY CLARE KATNER,
INDIVIDUALLY, AND ON BEHALF
OF HER MINOR CHILD, ELLIS
KATNER, AND MATTHEW, AND
MATTHEW GLAVIANO

VERSUS

AMG BOTANICA, LLC D/B/A
BOTANICA APARTMENTS, KEY
MANAGEMENT COMPANY, LLC, ABC
INSURANCE COMPANY, XYZ
INSURANCE COMPANY, AND
AMERICAN MODERN HOME
INSURANCE COMPANY

NO.  2025 CW 1321

MARCH 23, 2026

---

In Re:    AMG Botanica, LLC and Key Management, LLC, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202210818.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT